UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> VALLEY PROTEIN, LLC, <br><br> Defendants | 1:16-cv-00527-DAD-EPG <br><br> ORDER REJECTING STIPULATION TO EXTEND DISCOVERY SCHEDULE <br><br> [ECF No. 34] <br><br> ORDER SETTING STATUS CONFERENCE |

On August 5, 2016, this Court entered a scheduling order setting the trial practice schedule for this case. (ECF No. 13.) That order specifically sated as follows:

> ***The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause, even if a stipulation to modify is filed.*** Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, that establish good cause for granting the requested relief. Due to the impacted nature of the civil case docket, this Court disfavors requests to modify established dates.

(*Id*. at 8, emphasis as in original.)

On June 15, 2017, the parties filed a stipulation proposing to extend all remaining deadlines and trial settings by three months. (ECF No. 34.) No explanation was provided by the parties as to the need for the extension, and no declarations/affidavits were filed in support. (*Id*.)

Based on the foregoing, it is HEREBY ORDERED that:

1

1. The stipulation and proposed order filed on June 15, 2017 is REJECTED and shall have no force and effect on the current schedule;
2. The Court hereby sets a telephonic status conference for Monday, June 26, 2017 at 9:00 a.m. in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To appear telephonically, the parties are directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The Court will address potential modifications to the schedule at that time; and
4. The parties shall jointly prepare a report outlining the discovery that has taken place thus far in this case, what additional discovery is needed, and the reasons why the parties have not been able to meet the current discovery schedule. The report shall be filed on the docket no later than twenty-four hours prior to the status conference set by this order.

IT IS SO ORDERED.

Dated: **June 19, 2017**         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE