**Russell K. Ryan, #139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON,**
**BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorneys for Defendant Valley Protein, LLC

**McGLINCHEY STAFFORD**
**Adam S. Hamburg (SBN 247127)**
**18201 Von Karman Ave., Suite 350**
**Irvine, California 92612**
**Telephone: (949) 381-5900**
**Facsimile: (949) 271-4040**

Attorneys for Plaintiff LINDE, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LINDE, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>VALLEY PROTEIN, LLC, , and DOES 1 to 10;<br><br>   Defendants. | Case No.: 1:16-CV-00527-DAD-EPG<br><br>**JOINT STATUS REPORT RE REQUEST FOR EXTENSION OF DISCOVERY DEADLINES AND DEADLINE TO FILE DISPOSITIVE MOTIONS; DECLARATIONS OF COUNSEL IN SUPPORT THEREOF; ORDER THEREON** |

Pursuant to the Court's Scheduling Order Setting Status Conference, Plaintiff Linde, LLC ("**Plaintiff**") and Defendant Valley Protein, LLC ("**Defendant**") respectfully submit this Joint Status Report.

/ / /

/ / /

/ / /

# I
# REQUESTED EXTENSIONS

|  | Current Deadline | New Deadline |
|---|---|---|
| Non Expert Discovery Cutoff | June 16, 2017 | September 15, 2017 |
| Expert Disclosure | July 17, 2017 | October 17, 2017 |
| Rebuttal Expert Disclosure | August 17, 2017 | November 17, 2017 |
| Expert Discovery Cutoff | September 18, 2017 | December 18, 2017 |
| Dispositive Motion Deadline | November 1, 2017 | February 2, 2017 |

# II
# DISCOVERY TO DATE

Both parties have engaged in initial disclosures and extensive written discovery, with recent requests geared toward the recently filed counterclaim, the allegations contained therein and the affirmative defenses alleged in the answers to the complaint and the counterclaim. Both parties have produced extensive documents related to the various claims and defenses asserted in the matter, which has taken substantial time to review and analyze.

Further, the parties recently participated in nearly a full-day early settlement conference before this court, and have al all times worked cooperatively to streamline discovery and attempt to resolve the dispute without extensive costs in discovery.

# III
# DISCOVERY TO BE COMPLETED

**A.    Linde, LLC**

Plaintiff is awaiting responses to outstanding written discovery. It agreed to an extension which makes Defendant's responses due the week of June 26th. After Plaintiff receives and reviews the complete responses to its outstanding written discovery, it needs to depose Defendant's persons most knowledgeable, Robert Coyle, and Durbin Breckenridge.

**B.    Valley Protein, LLC**

Defendant Valley Protein, LLC has responded to the outstanding discovery requests propounded by Linde, producing an additional 700 documents, on June 23, 2017. Due to the press of business, counsel for Defendant has been unable to set aside the time to complete the necessary depositions in this matter due to his involvement in the negotiation of a settlement of two class action involving nearly 3,500 employees that were filed in two separate courts (requiring a motion for consolidation before the California Judicial Council). Counsel has been engaged nearly 24/7 for weeks with these two actions, and only recently has counsel in the class action cases finally agreed to informally consolidate the matters, to collectively settle them and have been preparing the settlement documentation. To compound the issues, Mr. Ryan has multiple parties funding the class action settlement and three additional sets of attorneys with which to coordinate on his end alone. The issues have finally reached a point where Mr. Ryan's schedule is clearing up so that he can turn his attention to other pressing matters, including the instant matter.

Valley Protein will need to coordinate the scheduling of the depositions of the person(s) most knowledgeable of Linde, and the deposition of Mike Iannelli and Amanda Guzman. There may be other depositions necessary once testimony has been heard. Mr. Ryan will be out of the office on a long-planned vacation from July 5, 2017 through July 22, 2017 and would like to provide dates to opposing counsel that are mutually available for both parties so that the depositions can be taken in an orderly fashion, along with those that Linde will necessarily need to take in the matter. Mr. Ryan respectfully submits that this is good cause for the extensions requested in the prior stipulation filed with the court, and in this joint status report.

Dated:  June 23, 2017                    MOTSCHIEDLER, MICHAELIDES,
                                          WISHON, BREWER & RYAN, LLP


                                         By:   /s/Russell K. Ryan
                                             Russell K. Ryan, Attorneys for
                                             Defendant Valley Protein, LLC

Dated: June_23, 2017            McGLINCHEY STAFFORD

By: /s/Adam S. Hamburg
Adam S. Hamburg, Attorneys for
Plaintiff Linde, LLC

# DECLARATION OF ADAM HAMBURG

I, Adam Hamburg, declare:

1. I am the attorney of record for the Plaintiff in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' Joint Status Report Re Request for Extension of Discovery Deadlines and Deadline to File Dispositive Motions (the "Joint Report"). The matters set forth herein are true based upon my personal knowledge and, if called to testify in this matter, I could and would competently testify under oath to the facts and circumstances stated herein.

2. On August 5, 2016, this Court entered the Scheduling Conference Order, setting certain discovery and dispositive motion deadlines. Plaintiff now wishes to extend those deadlines as more specifically set forth in the Joint Report.

3. Since the initiation of this case, the parties have engaged in extensive written discovery including exchanges of written interrogatories and requests for production of documents. Due to the document driven nature of this case, it was necessary for Plaintiff to propound a second set of written discovery. Plaintiff has provided Defendant with a courtesy extension through the week of June 26th to provide its responses.

4. After completion of written discovery, Plaintiff must depose Defendant's persons most knowledgeable, Robert Coyle, and Durbin Breckenridge. Plaintiff requires sufficient time to review Defendant's written discovery responses to allow for meaningful depositions.

5. Due to the robust exchange of discovery, Plaintiff requires more time to complete discovery to gather all available facts, evaluate the merits of the defenses, prepare dispositive motions, and possibly further explore resolution of this case.

6. In addition to diligently pursuing discovery, the parties have taken steps in exploring settlement such as participating in a day long settlement conference.

Plaintiff believes that the extension of the discovery and dispositive motion deadlines will further allow the parties to explore settlement.

7. Based on the foregoing, Plaintiff submits that good cause exists to extend the discovery and dispositive motion deadlines as more specifically stated in the Joint Report. The proposed amendments to the Scheduling Conference Order will cause no prejudice to either party since both parties have agreed to the extension, and because the proposed amendments will not affect the other dates set by this Court including the date set for trial.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this 23rd day of June, 2017, at Irvine, California.

/s/ Adam Hamburg

# **DECLARATION OF RUSSELL K. RYAN**

1. I am a partner in the law firm of Motschiedler, Michaelides, Wishon, Brewer & Ryan, LLP, and the attorney of record for Valley Protein, LLC ("**Valley Protein**"). I make the following declaration of my own personal knowledge and if called upon to testify, could and would competently testify thereto.

2. Both parties have engaged in initial disclosures and extensive written discovery, with recent requests geared toward the recently filed counterclaim, the allegations contained therein and the affirmative defenses alleged in the answers to the complaint and the counterclaim. Both parties have produced extensive documents related to the various claims and defenses asserted in the matter, which has taken substantial time to review and analyze.

3. Further, the parties recently participated in nearly a full-day early settlement conference before this court, and have at all times worked cooperatively to streamline discovery and attempt to resolve the dispute without extensive costs in discovery.

4. Due to the press of business, I have been unable to complete the necessary depositions in this matter due to my involvement in the negotiation of a settlement of two class action cases involving nearly 3,500 employees that were filed in two separate courts (requiring a motion for consolidation before the California Judicial Council). I have been engaged nearly 24/7 for weeks with these two actions, and only recently has counsel in the class action cases finally agreed to informally consolidate the matters, to collectively settle them and have been preparing the settlement documentation. To compound the issues, I have multiple parties funding the class action settlement and three additional sets of attorneys with which to coordinate on my end alone. The issues have finally reached a point where my schedule is clearing up so that I can turn his attention to other pressing matters, including the instant matter.

5. Valley Protein will need to coordinate the scheduling of the depositions of the person(s) most knowledgeable of Linde, and the deposition of Mike

Iannelli and Amanda Guzman.  There may be other depositions necessary once testimony has been heard.  I will be out of the office on a long-planned vacation from July 5, 2017 through July 22, 2017, and would like to provide dates to opposing counsel that are mutually available for both parties so that the depositions can be taken in an orderly fashion, along with those that Linde will necessarily need to take in the matter. I respectfully submit that this is good cause for the extensions requested in the prior stipulation filed with the court, and in this joint status report.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed this 23rd day of June 2017 at Fresno, California.

                                          /s/Russell K. Ryan

# **ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court orders that the discovery and dispositive motion deadlines be extended as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Non Expert Discovery Cutoff | June 16, 2017 | September 15, 2017 |
| Expert Disclosure | July 17, 2017 | October 17, 2017 |
| Rebuttal Expert Disclosure | August 17, 2017 | November 17, 2017 |
| Expert Discovery Cutoff | September 18, 2017 | December 18, 2017 |
| Dispositive Motion Deadline | November 1, 2017 | February 2, 2018 |
| Pretrial Conference | January 8, 2018 | June 4, 2018 at 1:30 pm |
| Jury Trial | March 13, 2018 | August 7, 2018 at 1:00 pm |

IT IS SO ORDERED.

Dated: **June 27, 2017**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE