UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDE, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VALLEY PROTEIN, LLC,<br><br>　　　　　Defendant. | Case No.   1:16-cv-00527-KES-EPG<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br>(ECF No. 94) |

　　　　Judgment in favor of Plaintiff was entered in this case on August 6, 2019. (ECF No. 79). Attorney fees and costs have been awarded, and the case has been closed. (ECF Nos. 90, 91). Now before the Court is the motion to withdraw as counsel for Defendant filed by Russell K. Ryan and the law firm of Motschiedler, Michaelides, Wishon, Brewer & Ryan, LLP (collectively MMWBR) and the accompanying declarations of Attorney Russell Ryan and Mr. Robert Coyle, who is the managing member of Defendant Valley Protein, LLC. (ECF Nos. 94, 95, 96). No response to the motion has been filed. *See* Local Rule 230(c) (providing 14 days for a response to a motion).

　　　　As grounds, the motion notes the judgment in this case but states that Plaintiff's counsel has recently "served interrogatories and a request for production of documents seeking information they believe will assist with Linde's enforcement of the judgment entered in this matter." (ECF No. 94-1, p. 2). Further, the motion states as follows:

> MMWBR demonstrates that there is good cause for withdrawal because there is nothing further they can do to assist Defendant in the matter. The entity defendant

1

> is suspended by both the California Franchise Tax Board and the Secretary of State and cannot be represented in court by counsel or anyone else. Furthermore, MMWBR does not handle the defense of collections actions or bankruptcy matters, and has advised Defendant to obtain new counsel to pursue either avenue. There are no proceedings currently taking place in this case, so no party will suffer prejudice, nor will any delay result from allowing MMWBR to withdraw. Defendant has consented to the withdrawal of MMWBR, and MMWBR is not charging Defendant for the time spent in pursuing withdrawal.
>
> Valley Protein, LLC and Robert J. Coyle, its Managing Member, knowingly and freely assents to the termination of the representation and acknowledges that they have been informed of the consequences of its ability to appear pro se in federal court. [Coyle Declaration, ¶3]

(*Id.* at 6).

Regarding withdraw of representation, Local Rule 182 provides as follows:

> Unless otherwise provided herein, an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder. Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

Local Rule 182(d).

While Attorney Ryan has not "provide[d] an affidavit stating the current or last known address or addresses of the client," the Court notes that the certificates of service for the motion to withdraw and declarations list the address of Defendant as follows:

> Mr. Robert Coyle
> VALLEY PROTEIN, LLC
> 1828 East Hedges
> Fresno, California 93703
> bcoyle@cencalfoods.com

The Court will use this address for Defendant on the docket.

Likewise, the motion and accompanying declarations demonstrate that Defendant, through its managing member, Mr. Robert Coyle, has been notified of the motion to withdraw. Most importantly, Mr. Robert Coyle has submitted a declaration stating: "Valley Protein, LLC and Robert J. Coyle, its Managing Member, knowingly and freely assents to the termination of the

representation of MMWBR in this matter and acknowledges that they have been informed of the consequences of its ability to appear pro se in federal court." (ECF No. 95, p. 2).

Accordingly, IT IS ORDERED as follows:

1. The motion to withdraw (ECF No. 94) filed by defense counsel is granted, and the June 7, 2024 hearing in this matter is vacated.
2. Attorney Russell K. Ryan and the law firm of Motschiedler, Michaelides, Wishon, Brewer & Ryan, LLP are terminated as counsel of record.
3. The Clerk of Court is directed to use the following address for Defendant on the docket and shall mail a copy of this order to:

> Mr. Robert Coyle
> VALLEY PROTEIN, LLC
> 1828 East Hedges
> Fresno, California 93703
> bcoyle@cencalfoods.com

IT IS SO ORDERED.

Dated:   **May 9, 2024**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

3